FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
2394 East Camelback
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com

Attorneys for Plaintiff
Origami Owl, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Origami Owl, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Julie E. Mayo, a single woman, Ann L. Mayo, a single woman, doing business as West Coast Charms and 5th Avenue Pets,<br><br>    Defendants. | Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Origami Owl, LLC in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure.  A nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporate and any publicly held corporation that owns 10% or more of its stock.  There is no such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 21st day of January, 2015.

                                FENNEMORE CRAIG, P.C.

                                By *s/Ray K. Harris*
                                    Ray K. Harris
                                    Attorneys for Plaintiff
                                    Origami Owl, LLC