FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
2394 East Camelback
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  rharris@fclaw.com

Attorneys for Plaintiff
Origami Owl, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Origami Owl, LLC, a Delaware entity,<br><br>Plaintiff,<br><br>v.<br><br>Julie E. Mayo, a single woman, Ann L. Mayo, a single woman, doing business as West Coast Charms and 5th Avenue Pets, West Coast Charms LLC, a Nevada entity,<br><br>Defendants. | No. 2:15-cv-00110-PHX-DGC<br><br>**NOTICE OF SUPPLEMENTAL REPORT ON THE FILING OF AN ACTION REGARDING A PATENT OR COPYRIGHT** |
|---|---|

Pursuant to the Court's Minute Order of March 16, 2015 [DE 21], Plaintiff Origami Owl submits the following supplemental Notice of Filing – Patent Information.

The Report filed as DE 7 remains unchanged as related to the patents and trademarks.

The Copyrights listed in the Report [DE 7] have changed. The Amended Complaint [DE 20] no longer asserts the following copyrights:

**NO LONGER ASSERTED**

| **Copyright Registration No.** | **Title of Work** | **Author or Work** |
|---|---|---|
| VAu001121482 | Angel Wing (ch1508) | Origami Owl |
| VAu001121491 | Bon Voyage Suitcase (ch1409) | Origami Owl |

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VAu001121483 | Camera (ch1601) | Origami Owl |
| VAu001121545 | Cupcake (ch7006) | Origami Owl |
| VAu001121501 | Democratic Party (ch2004) | Origami Owl |
| VAu001121478 | Flip Flops (ch1401) | Origami Owl |
| VAu001121495 | Football Helmet (ch1314) | Origami Owl |
| VAu001121546 | I Love to Cook (ch7009) | Origami Owl |
| VAu001121497 | Just Married (ch4009) | Origami Owl |
| VA0001842166 | First Charms | Origami Owl |

The Amended Complaint added one copyright:

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0001927926 | Bridal Collection | Origami Owl |

Below is the entire list of copyrights asserted in the Amended Complaint:

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0001842167 | New Charms | Origami Owl |
| VA0001915258 | Bienvenidos Collection 2014 | Origami Owl |
| VA0001893593 | Charms Collection Fall 2013 | Origami Owl |
| VA0001893589 | Dangles Collection Fall 2013 | Origami Owl |
| VA0001928064 | Fall 2014 Charms Collection | Origami Owl |
| VA0001915256 | Graduation Collection 2014 | Origami Owl |
| VA0001932182 | Holiday 2014 Collection | Origami Owl |
| VAu001170135 | Mother's Day 2014 Collection | Origami Owl |
| VA0001909315 | Valentine's Day 2014 Collection | Origami Owl |
| VA0001939504 | Spring 2014 Charms Collection | Origami Owl |
| VA0001927926 | Bridal Collection | Origami Owl |

DATED this 18th day of March, 2015.

FENNEMORE CRAIG, P.C.

By *s/Ray K. Harris*
  Ray K. Harris
  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2015, I electronically transmitted the attached document to the Clerk Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/EMF registrants:

    Steven A. Gibson
    Gibson LeGrand
    7495 West Azure Drive, Suite 233
    Las Vegas, NV  89130

    Jeffrey D. Gardner
    Jennings Strouss
    One East Washington Street
    Suite 1900
    Phoenix, AZ  85004-2554

    *s/Melody Tolliver*