Michael K. Kelly – 014203
mkelly@jsslaw.com
Jeffrey D. Gardner - 021783
jgardner@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Steven A. Gibson (*Admitted Pro Hac Vice*)
sgibson@gibsonlegrand.com
GIBSON LEGRAND LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone: (702) 541-7888

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Origami Owl, LLC, a Delaware entity, | No. 2:15-CV-00110-PHX-DGC |
| Plaintiff, | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| Julie E. Mayo, a single woman, Ann L. Mayo, a single woman, doing business as West Coast Charms and 5th Avenue Pets, West Coast Charms LLC, a Nevada entity, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendants 5th Avenue Pets and West Coast Charms, LLC in compliance with the provisions of:

(*check one*)

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

4951136v1(64691.1)

|       | Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. |

|       | Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1). |

**The filing party hereby declares as follows:**

__X__  No such corporation.

_____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

_____  Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____  Other (please explain)

RESPECTFULLY SUBMITTED this 30th day of March, 2015.

JENNINGS, STROUSS & SALMON, P.L.C.


By:   s/ Jeffrey D. Gardner
   Michael K. Kelly
   Jeffrey D. Gardner
   One East Washington Street, Suite 1900
   Phoenix, AZ  85004-2554

   AND

   Steven A. Gibson (*Admitted Pro Hac Vice*)
   GIBSON LEGRAND LLP
   7495 West Azure Drive, Suite 233
   Las Vegas, Nevada 89130

   Attorneys for Defendants

2

4951136v1(64691.1)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 30, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Ray K. Harris
> FENNEMORE CRAIG, P.C.
> 2394 East Camelback, Suite 600
> Phoenix, AZ  85016-3429
> rharris@fclaw.com

☐ I hereby certify that on March 30, 2015, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By   *s/ Estela G. Blackmountain*

4951136v1(64691.1)